**Order entered September 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01024-CV

### MIKELL KELLY, Appellant

### V.

### JPMORGAN CHASE BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03540-B**

## ORDER

Before the Court is appellant's September 8, 2015 "Motion to Dismiss Payment of Court Fee Objection Texas Rules of Evidence Rule 103" which we construe as a request to review of the trial court's order sustaining the contest to his affidavit of indigence. In accordance with rule of appellate procedure 20.1(j)(3), we **ORDER** John Warren, Dallas County Clerk, to file, by **5:00 P.M. SEPTEMBER 11, 2015**, a clerk's record containing the following three documents:

1.  Affidavit of Financial Statement filed on August 26, 2015;

2.  Contest of Pauper's Oath/Affidavit of Inability to Pay filed on August 26, 2015; and

3.  Order on Contest of Affidavit of Indigence on Appeal signed on September 2, 2015.

We **ORDER** Lanetta Williams, Official Court Reporter for the County Court at Law No. 2, to file, by **5:00 P.M. SEPTEMBER 11, 2015**, the reporter's record from the hearing on the contest held on September 2, 2015.  *See* TEX. R. APP. P. 20.1(j)(3).

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Mr. Warren, Ms. Williams, pro se appellant, and counsel for appellee.


/s/     CRAIG STODDART
        JUSTICE